IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EDGAR ARROYO AMEZQUITA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-476-WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

On September 4, 2019, the Magistrate Judge filed a Recommendation (Doc. # 10) to which Petitioner filed objections (Doc. # 11). Based upon a *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636, it is ORDERED as follows:

(1) Petitioner's objections (Doc. # 11) are OVERRULED;

(2) The Recommendation of the Magistrate Judge (Doc. # 10) is ADOPTED; and

(3) This action is TRANSFERRED to the United States District Court for the District of Puerto Rico under 28 U.S.C. § 1631.

DONE this 20th day of September, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE